UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:26-cr-50 |
| Plaintiff, | : | |
| | : | JUDGE  Hopkins |
| v. | : | |
| | : | **I N D I C T M E N T** |
| MICHAEL GOSS, | : | |
| | : | 18 U.S.C. § 922(o) |
| | : | |
| Defendant. | : | FORFEITURE ALLEGATION |
| | : | |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Illegal Possession of a Machinegun)

On or about March 12, 2026, in the Southern District of Ohio, the defendant, **MICHAEL GOSS**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock model 19, 9mm semi-automatic pistol bearing serial number CEKZ190 modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **MICHAEL GOSS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not

limited to, a Glock model 19, 9mm semi-automatic pistol, bearing serial number CEKZ190, with any

attachments including a machine gun conversion device and any ammunition.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY


ALLISON BISIG OSWALL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2